**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul Billman <br>     Debtor | CHAPTER 13 <br><br> BKY. NO. 18-11606 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Select Portfolio Servicing servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE6, Mortgage Pass-Through Certificates, Series 2004-HE6 and index same on the master mailing list.

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322 FAX (215) 627-7734