## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| PAUL BILLMAN, | : CASE NO. 18-11606-REF |
| | : |
|             DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
|             MOVANT | : |
| | : |
|         V. | : |
| | : |
| PAUL BILLMAN, | : |
| | : |
|             RESPONDENT | : RELATED TO DOCKET NO. 16 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on June 22, 2018, by:

**18-11606-REF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Rebecca A. Solarz at bkgroup@kmllawgroup.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Brenna H. Mendelsohn at tobykmendelsohn@comcast.net

**18-11606-REF Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management LLC
PO Box 41021
Norfolk, VA  23541


EXECUTED ON: June 22, 2018

                                          Respectfully submitted by,


                        By:    /s/ Jim Peavler
                              Counsel
                              PA Department of Revenue
                              Office of Chief Counsel
                              Dept. 281061
                              Harrisburg, PA 17128-1061
                              PA I.D.  320663
                              Phone:  717-787-2747
                              Facsimile:  717-772-1459
                              jpeavler@pa.gov