United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul Billman  
    Debtor

Case No. 18-11606-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Oct 16, 2018  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db        +Paul Billman,    725 Hex Highway,    Hamburg, PA 19526-8903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:36      Synchrony Bank,  
      c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:  
        BRENNA HOPE MENDELSOHN    on behalf of Debtor Paul  Billman tobykmendelsohn@comcast.net  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
      ecf_frpa@trustee13.com  
        JIM  PEAVLER    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us,  
      RA-occbankruptcy6@state.pa.us  
        REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for  Morgan Stanley ABS Capital I Inc. Trust 2004-HE6, Mortgage Pass-Through Certificates, Series  2004-HE6 bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
      ECF_FRPA@Trustee13.com  
                                                                                                                  TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Paul Billman, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy No. 18-11606-ref |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $2,000.00, of which $1,000.00 was received pre-petition.

BY THE COURT

**Date: October 16, 2018**

_____
Richard E. Fehling
U.S. Bankruptcy Judge